IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DARRELL H. LEE, *as Personal Representative*
*of Harold Lee, Deceased*,

        Plaintiff,

v.                                                                      CIV 15-0405 KG/KBM

CITY OF GALLUP, *a Municipal Corporation*
*of the State of New Mexico, et al.*,

        Defendants.

ORDER GRANTING PLAINTIFF'S
UNOPPOSED MOTION TO CONSOLIDATE RELATED CASES

        The Court, having reviewed Plaintiff's Motion to Consolidate (Doc. 15), and having considered the positions of the Parties' Counsel via e-mail on July 27, 2015, hereby grants the Motion pursuant to Fed. R. Civ. P. 42(a), and consolidates with this action with the following later-filed action pending before this Court for discovery, dispositive motions, and related pretrial matters:

        *Darrell H. Lee, as Personal Representative of Harold Lee, Deceased v. The United States of America,* Cause No. CIV 15-0510 SMV/SCY.

All future pleadings shall only be filed in Cause No. CIV 15-0405 KG/KBM.

IT IS SO ORDERED.

                                                                                    UNITED STATES DISTRICT JUDGE