IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DARRELL H. LEE as Personal Representative of
HAROLD LEE, Deceased,

    Plaintiff,

v.

                      Civ. No. 15-405 KG/KBM

CITY OF GALLUP a Municipal Corporation
of the State of New Mexico; JACKIE MCKINNEY;
DAN DIBLE; GEORGE KOZELISKI;
PATTY HOLLAND; MCKINLEY COUNTY,
a Governmental Subdivision of the State of New Mexico;
GENEVIEVE JACKSON; BILL LEE;
SARA A. KEELER; and THE GALLUP DETOX
FACILITY, a Partnership; VERA JOHN,
THERESA GALVAN, CHARLENE SAM, and IRVIN TSOSIE,

    Defendants.

## PARTIAL ORDER OF DISMISSAL

Having determined by an Order entered contemporaneously with this Partial Order of Dismissal to dismiss any 42 U.S.C. § 1983 claim against Defendants McKinley County, Genevieve Jackson, Bill Lee, and Sara A. Keeler,

IT IS ORDERED that any Section 1983 claim against Defendants McKinley County, Genevieve Jackson, Bill Lee, and Sara A. Keeler is dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE