IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DARRELL H. LEE, as Personal Representative
of HAROLD LEE, Deceased

       Plaintiff,

v.                                                                                No. CV 15cv405 KG/KBM
                                                                             No. CV 15cv510 KG/KBM
CITY OF GALLUP, a Municipal Corporation             Consolidated
of the State of New Mexico, et al.

       Defendants.

And

DARRELL H. LEE, as Personal Representative
of HAROLD LEE, Deceased

       Plaintiff,

v.

UNITED STATES OF AMERICA,

       Defendant

## FINAL ORDER OF DISMISSAL

Having granted both Defendant Board of County Commissioners for the County of McKinley, Genevieve Jackson, Bill Lee, and Sara A. Keelers' Motion for Summary Judgment and Their Memorandum in Support Thereof and Defendant City of Gallup, Jackie McKinney, George Kozeliski, and Patty Holland's Motion for Summary Judgment, and having determined that all of Petitioner's claims against Defendants will be dismissed with prejudice by Memorandum Opinion and Order entered contemporaneously with this Final Order of Dismissal.

IT IS ORDERED that, Civ. No. 15cv405 KG/KBM will be DISMISSED WITH PREJUDICE.

_____
UNITED STATES DISTRICT JUDGE